JAMES M'DONALD's HEIRS, APPELLANTS V. FREEMAN SMAL
LEY AND OTHERS, APPELLEES.

The plaintiffs' entry of land in Ohio was made in the name of a person who was
dead at the time of the entry. This entry is a nullity in the state of Ohio.
The case of Galt et al. v. Galloway, 4 Peters, 332, cited and confirmed.

APPEAL from the circuit court of the United States for the
district of Ohio.

This case was argued by Messrs Vinton and Doddridge, for
the appellants; and by Messrs Corwin and Bibb, for the ap-
pellees.

Mr Chief Justice MARSHALL delivered th opinion of the
Court.

This suit was brought in the court of the United States for
the seventh circuit, and district of Ohio, to obtain a convey-
ance for land which the defendants hold by a senior patent,
and which the plaintiffs claim under a prior entry. The bill
was dismissed by the circuit court, and the plaintiffs have ap-
pealed to this court.

Serious doubts exist respecting the validity of the entry
under which the claim has been made; and several points have
been discussed at the bar. It is unnecessary to decide more
than one of these questions, because that is decisive of the
case. David Anderson, in whose name the entry under which
the plaintiffs claim was made, was dead at the time. The
entry, therefore, as was determined in Galt and others v. Gal-
loway, 4 Peters, 332, 345, is, in the state of Ohio, a nullity.
This being the foundation of the plaintiffs' title, they must fail
in their action.

Counsel at the bar have endeavoured to distinguish this case
from that, by treating the entry as one made in the name of
the wrong person, through the mistake of the surveyor.

We do not think he is sustained by the fact or the law of
the case. The decree is affirmed with costs.